**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 00-1552

———————

JOEL S. MEISEL; NEW WORLD PARKING, INCORPO-
RATED; WORLDWIDE PARKING INCORPORATED,

Plaintiffs - Appellants,

versus

BESIR KEMAL USTAOGLU; HASIBE USTAOGLU;
REPIMEKS DIS TICARET LIMITED SIRKETI,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-98-3863-AW)

———————

Submitted: January 31, 2001          Decided: March 6, 2001

———————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Catherine E. Bocskor, Rockville, Maryland, for Appellants. Steven
A. Hammond, HUGHES, HUBBARD & REED, L.L.P., New York, New York;
Robert M. Kennedy, HUGHES, HUBBARD & REED, L.L.P., Washington,
D.C., for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joel Meisel, New World Parking, Inc., and Worldwide Parking, Inc., appeal the district court's order dismissing this action on the grounds of forum non conveniens and international comity.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Meisel v. Ustaoglu</u>, No. CA-98-3863-AW (D. Md. filed Mar. 31; entered Apr. 4, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2